1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  EDWARD MORRIS,                                    )  Case No.: 1:17-cv-00100- DAD - JLT
                                                        )
12            Plaintiff,                                )  ORDER DIRECTING PLAINTIFF TO FILE AN
                                                        )  AMENDED MOTION TO PROCEED IN FORMA
13       v.                                             )  PAUPERIS
                                                        )
14  NORTH OF THE RIVER COMMUNITY                       )
    HEALTH CENTER,                                      )
15                                                      )
              Defendant.                                )
16

17        Edward Morris seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may

18  authorize the commencement of an action without prepayment of fees "by a person who submits an

19  affidavit that includes a statement of all assets such person . . . possesses [and] that the person is

20  unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  The Court has reviewed the

21  application and the information provided is insufficient to determine whether Plaintiff satisfies the

22  requirements of 28 U.S.C. § 1915(a).

23        According to his application, Plaintiff is not employed and has no income.  (Doc. 2 at 1)

24  However, Plaintiff failed to complete the section directing him to state the date of his last employment,

25  the amount of his salary, and the address of his last employer.  (*Id.*) Further, Plaintiff indicates he does

26  not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other

27  things of value—and his bank account has only 78 cents.  (*Id.* at 2)  Consequently, the Court is unable

28  to determine how Plaintiff is supporting himself, or if Plaintiff is dependent upon another individual

1

1   who would be able to pay the filing fee.

2        Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application

3   that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon

4   receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in*

5   *forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his

6   application to proceed *in forma pauperis*.

7
     IT IS SO ORDERED.
8

9        Dated:    **January 26, 2017**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28